**Order entered October 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-01036-CV**

## IN THE INTEREST OF L.L.V., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56612-2021**

## ORDER

This is an accelerated appeal involving the termination of parental rights. Before the Court is the Collin County District Clerk's October 10, 2022 request for an extension of time to file the clerk's record. We **GRANT** the request as follows. We **ORDER** the District Clerk to file, on or before **October 24, 2022**, either the clerk's record or written verification that the trial court has not signed a judgment.

We **DIRECT** the Clerk of this Court to send a copy of this order to The Honorable Andrea Thompson, Presiding Judge of the 416th Judicial District Court; Lynne Finley, Collin County District Clerk; and, all parties.

/s/    LESLIE OSBORNE
        JUSTICE